## (November 30, 1959)

■ PHILIP GOODMAN et al., Appellants, v. ANTHONY RANDAZZO, Respondent. — Motion for leave to appeal to the Appellate Division denied, without costs. Present — Wenzel, Acting P. J., Beldock, Hallinan and Kleinfeld, JJ. Murphy, J., deceased.

■ EDWARD A. LASHINS, INC., Respondent, v. ANTHONY GAGLIANO PLASTERING CORP. et al., Appellants.— On the court's own motion the decision handed down July 14, 1959 (8 A D 2d 955) is amended by striking from the first paragraph the words and figures " judgment entered October 16, 1958 for $2,080.37 " and by substituting therefor the words and figures " judgment entered October 16, 1958 for $2,245.27 ".  Present — Wenzel, Acting P. J., Beldock, Ughetta and Kleinfeld, JJ.  Murphy, J., deceased.

■ FRANK DENARDO, Appellant, v. ISRAEL BRODSKY, Respondent.— In an action to recover damages for injuries to person and property, the appeal is from an order determining that a preference in trial pursuant to rule 9 of the Kings County Supreme Court Rules is not warranted and that adequate compensation for the claimed injuries may be obtained in the City Court of the City of New York.  Order reversed, with $10 costs and disbursements, and a preference granted.  Appellant's physician stated that appellant had suffered a herniated intervertebral disc as a result of the accident.  Respondent admitted at the pretrial hearing that if appellant had suffered that injury, which an ordinary physical examination would not disprove, appellant was entitled to the preference.  Under the circumstances, appellant was justified in refusing to submit to an examination by a physician to be designated by the court, the result of which would not be determinative of appellant's right to the preference. (*Hocherman* v. *I. & G. Service Corp.,* 5 A D 2d 813.)  Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ MAX A. DREYER, Respondent, v. RAPID-AMERICAN CORPORATION, Appellant.— In an action to recover damages for breach of a contract of employment, the appeal is from an order denying a motion for summary judgment dismissing the complaint.  Order affirmed, with $10 costs and disbursements.  No opinion.  Wenzel, Acting P. J., Ughetta, Hallinan and Kleinfeld, JJ., concur.  Murphy, J., deceased.

■ In the Matter of MAXTON CONSTRUCTION CORPORATION, Appellant, against JEAN LESLIE et al., Constituting the Board of Appeals and Zoning of the Incorporated Village of Westbury, Respondents.— In a proceeding to review a determination denying an application for an area variance and to direct the issuance of a building permit, the appeal is from an order dismissing the proceeding.  Appellant sought a variance to erect a building on a lot 6,000 square feet in area in a district wherein the local building zone ordinance prohibited construction on lots having an area of less than 7,500 square feet.  Order unanimously affirmed, with costs.  No opinion.  Present — Nolan, P. J., Wenzel, Beldock and Kleinfeld, JJ.  Murphy, J., deceased.

■ In the Matter of THEOPHILUS C. MITCHELL, Petitioner, against STEPHEN P. KENNEDY, as Police Commissioner of the City of New York, Respondent.— This proceeding pursuant to article 78 of the Civil Practice Act to review a determination of respondent which dismissed petitioner from the Police Department of the City of New York has been transferred to this court (Civ. Prac. Act., § 1296).  Determination unanimously confirmed, without costs.  No opinion.  Present — Wenzel, Acting P. J., Beldock, Hallinan and Kleinfeld, JJ.  Murphy, J., deceased.